B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of Nevada

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor (if individual, enter Last, First, Middle):**<br>Grand Canyon Ranch, LLC | **Name of Joint Debtor (Spouse) (Last, First, Middle):** |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>35-2176675 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>6340 McCloud Drive, Suite 6<br>Las Vegas, NV                       ZIP Code **89120** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Clark | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>145 E. Reno Avenue, E6<br>Las Vegas, NV                     ZIP Code **89119** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):   3750 Diamond Bar Road<br>Meadview, AZ 86444 | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                                                      Page 2

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Grand Canyon Ranch, LLC**

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
   Signature of Attorney for Debtor(s)         (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Grand Canyon Ranch, LLC**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Attorney*

**X** **/s/ Matthew L. Johnson**
Signature of Attorney for Debtor(s)

**Matthew L. Johnson 6004**
Printed Name of Attorney for Debtor(s)

**JOHNSON & GUBLER, P.C.**
Firm Name

**LAKES BUSINESS PARK**
**8831 W SAHARA AVE**
**LAS VEGAS, NV 89117-5865**
Address

**Email: mjohnson@mjohnsonlaw.com**
**(702) 471-0065  Fax: (702) 471-0075**
Telephone Number

**July 20, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Nigel Turner**
Signature of Authorized Individual

**Nigel Turner**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**July 20, 2015**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **Grand Canyon Ranch, LLC**
Debtor(s)

Case No.
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AMERICAN EXPRESS<br>PO BOX 981540<br>EL PASO, TX 79998-1540 | AMERICAN EXPRESS<br>PO BOX 981540<br>EL PASO, TX 79998-1540 | busines purchases | | 7,500.00 |
| Anthony Marriott/Mared LLC<br>80389 Avenida Santa Belinda<br>Indio, CA 92203 | Anthony Marriott/Mared LLC<br>80389 Avenida Santa Belinda<br>Indio, CA 92203 | section 548 dispute | Disputed | 2,800,000.00 |
| AZ Security Group<br>939 S. 48th Street #207<br>Tempe, AZ 85281 | AZ Security Group<br>939 S. 48th Street #207<br>Tempe, AZ 85281 | security | | 1,477.00 |
| Brinks<br>P.O. Box 619031<br>Dallas, TX 75261-9031 | Brinks<br>P.O. Box 619031<br>Dallas, TX 75261-9031 | security | | 6,000.00 |
| DK Ulrich<br>2890 Roman Court<br>Port Orange, FL 32128 | DK Ulrich<br>2890 Roman Court<br>Port Orange, FL 32128 | third trust deed (paid but may be subject to 548 claims) | | 750,000.00 |
| Downing Appraisals<br>820 E. Beale Street<br>Kingman, AZ 86401 | Downing Appraisals<br>820 E. Beale Street<br>Kingman, AZ 86401 | appraisal | | 2,000.00 |
| Fann Construction<br>c/o D. Kim Lough, Esq.<br>Jennings, Haugh & Cunningham, LLP<br>2800 N. Central Ave., Suite 1800<br>Phoenix, AZ 85004 | Fann Construction<br>c/o D. Kim Lough, Esq.<br>Jennings, Haugh & Cunningham, LLP<br>Phoenix, AZ 85004 | construction | Disputed Subject to Setoff | 1,200,000.00 |
| Fast Booking<br>63 Avenue Des Champs<br>75008, Paris, France | Fast Booking<br>63 Avenue Des Champs | business debt | | 8,040.00 |
| Fenemore Craig<br>300 S. 4th Street, Suite 1400<br>Las Vegas, NV 89101 | Fenemore Craig<br>300 S. 4th Street, Suite 1400<br>Las Vegas, NV 89101 | legal fees | | 13,000.00 |
| Harter Farms | Harter Farms | feed | | 6,500.00 |

B4 (Official Form 4) (12/07) - Cont.
In re  **Grand Canyon Ranch, LLC**                              Case No. _____
                      Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE<br>ATTN: CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNAL REVENUE SERVICE<br>ATTN: CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Payroll Taxes (estimated amount) | | 65,000.00 |
| Kenneth E. Hogan, Esq.<br>7450 Arroyo Crossing, Suite 270<br>Las Vegas, NV 89113 | Kenneth E. Hogan, Esq.<br>7450 Arroyo Crossing, Suite 270<br>Las Vegas, NV 89113 | legal fees | | 25,000.00 |
| Marious Savvides/Mared, LLC<br>P.O. Box 11084<br>Marina Del Rey, CA 90295 | Marious Savvides/Mared, LLC<br>P.O. Box 11084<br>Marina Del Rey, CA 90295 | section 548 dispute | Disputed | 2,800,000.00 |
| Mohave County Treasurer<br>P.O. Box 712<br>Kingman, AZ 86402 | Mohave County Treasurer<br>P.O. Box 712<br>Kingman, AZ 86402 | taxes | | 7,500.00 |
| Sprint<br>P.O. Box 4191<br>Carol Stream, IL 60197-4191 | Sprint<br>P.O. Box 4191<br>Carol Stream, IL 60197-4191 | phone | | 3,000.00 |
| STATE OF NV EMPLOYMENT SECURITY<br>2800 E SAINT LOUIS AVE<br>LAS VEGAS, NV 89104-4267 | STATE OF NV EMPLOYMENT SECURITY<br>2800 E SAINT LOUIS AVE<br>LAS VEGAS, NV 89104-4267 | employment taxes (estimated) | | 8,000.00 |
| T.C. Engineering<br>460 E. 300 S.<br>Kanab, UT 84741 | T.C. Engineering<br>460 E. 300 S.<br>Kanab, UT 84741 | engineering services | | 7,114.00 |
| Thomas I Rosza, Esq.<br>Rosza Law Group<br>18757 Burbank Avenue, Suite 220<br>Tarzana, CA 91356 | Thomas I Rosza, Esq.<br>Rosza Law Group<br>18757 Burbank Avenue, Suite 220<br>Tarzana, CA 91356 | legal fees | | 5,000.00 |
| Westmark Group<br>2430 N. Decatur Blvd. #140<br>Las Vegas, NV 89108 | Westmark Group<br>2430 N. Decatur Blvd. #140<br>Las Vegas, NV 89108 | business debt | | 2,478.38 |
| Yvonne Jin<br>c/o Terry Coffing, Esq.<br>Marquis Aurbach Coffing<br>10001 Park Run Drive<br>Las Vegas, NV 89145 | Yvonne Jin<br>c/o Terry Coffing, Esq.<br>Marquis Aurbach Coffing<br>10001 Park Run Drive<br>Las Vegas, NV 89145 | contractual dispute | Disputed | 3,000,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Grand Canyon Ranch, LLC**                                    Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 20, 2015**                              Signature  **/s/ Nigel Turner**
                                                                **Nigel Turner**
                                                                **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
Grand Canyon Ranch, LLC
145 E. Reno Avenue, E6
Las Vegas, NV 89119

Matthew L. Johnson
JOHNSON & GUBLER, P.C.
LAKES BUSINESS PARK
8831 W SAHARA AVE
LAS VEGAS, NV 89117-5865

AMERICAN EXPRESS
Acct No unknown
PO BOX 981540
EL PASO, TX 79998-1540

Anthony Marriott/Mared LLC
80389 Avenida Santa Belinda
Indio, CA 92203

Arizona Department of Revenue
Acct No Grand Canyon Ranch
275 E. Germann Road, Bldg. 2, Ste. 180
Gilbert, AZ 85297

AZ Security Group
939 S. 48th Street #207
Tempe, AZ 85281

Bart Mackay, Esq.
206 W. Tabernacle
Saint George, UT 84770

Brinks
P.O. Box 619031
Dallas, TX 75261-9031

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
500 S GRAND CENTRAL PKWY
BOX 551401
LAS VEGAS, NV 89155-1401

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
500 S GRAND CENTRAL PKWY
PO BOX 551220
LAS VEGAS, NV 89155-1220

Cox Communications
1700 Vegas Drive
Las Vegas, NV 89106
```

Dale Smith
c/o Brent D. Ellsworth, P.C.
4445 E. Holmes Avenue, Suite 106
Mesa, AZ 85206-3398

Department of Taxation
Grant Sawyer Office Building
555 E. Washington Ave, Suite 1300
Las Vegas, NV 89101

DEPT OF EMPLOYMENT TRAINING & REHAB
EMPLOYMENT SECURITY DIVISION
500 E THIRD ST
CARSON CITY, NV 89701-4772

DK Ulrich
2890 Roman Court
Port Orange, FL 32128

Downing Appraisals
820 E. Beale Street
Kingman, AZ 86401

Fann Construction
c/o D. Kim Lough, Esq.
Jennings, Haugh & Cunningham, LLP
2800 N. Central Ave., Suite 1800
Phoenix, AZ 85004

Fast Booking
63 Avenue Des Champs
75008, Paris, France

Fenemore Craig
300 S. 4th Street, Suite 1400
Las Vegas, NV 89101

Harter Farms


INTERNAL REVENUE SERVICE
ATTN: CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICES
ATTN: BANKRUPTCY UNIT
110 N CITY PKWY STE 100
LAS VEGAS, NV 89106-6085

Kathy Hicks

Kenneth E. Hogan, Esq.
7450 Arroyo Crossing, Suite 270
Las Vegas, NV 89113

Kingman Animal Hospital
1650 E. Northern Avenue
Kingman, AZ 86409

Marious Savvides/Mared, LLC
P.O. Box 11084
Marina Del Rey, CA 90295

McCloud 5, LLC
c/o The Ribeiro Companies
195 E. Reno Ave. #A
Las Vegas, NV 89120

Mohave County Treasurer
P.O. Box 712
Kingman, AZ 86402

National Mortgage


Office of the U.S. Trustee
Dept. of Justice
300 Las Vegas Blvd., S, Suite 4300
Las Vegas, NV 89101

Reliable Technology
50 S. Jones #203
Las Vegas, NV 89107

Sprint
Acct No various
P.O. Box 4191
Carol Stream, IL 60197-4191

STATE OF NV DEPT OF MOTOR VEHICLES
BANKRUPTCY SECTION
555 WRIGHT WAY
CARSON CITY, NV 89701-5229

STATE OF NV EMPLOYMENT SECURITY
2800 E SAINT LOUIS AVE
LAS VEGAS, NV 89104-4267

Stephen E. Jackson, Esq.
Warner Angle Hallam Jackson & Formenak
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016

T.C. Engineering
460 E. 300 S.
Kanab, UT 84741

```
Thomas I Rosza, Esq.
Rosza Law Group
18757 Burbank Avenue, Suite 220
Tarzana, CA 91356

Westmark Group
2430 N. Decatur Blvd. #140
Las Vegas, NV 89108

Yvonne Jin
c/o Terry Coffing,Esq.
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145
```

# United States Bankruptcy Court
## District of Nevada

In re  **Grand Canyon Ranch, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Grand Canyon Ranch, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 20, 2015**  
Date

**/s/ Matthew L. Johnson**  
**Matthew L. Johnson 6004**  
Signature of Attorney or Litigant  
Counsel for **Grand Canyon Ranch, LLC**  
**JOHNSON & GUBLER, P.C.**  
**LAKES BUSINESS PARK**  
**8831 W SAHARA AVE**  
**LAS VEGAS, NV 89117-5865**  
**(702) 471-0065 Fax:(702) 471-0075**  
**mjohnson@mjohnsonlaw.com**